PH

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE, IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2272 |
| | Master Docket No. 11 C 5468 |
| BRENDA TATE, | |
| Plaintiff, | |
| v. | No. 12 C 2834 |
| ZIMMER, INC., ZIMMER HOLDINGS, INC., and ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC., | Judge Rebecca R. Pallmeyer |
| Defendants. | |

### ORDER

Motion to Dismiss [1366] is granted. Case is dismissed without prejudice.

ENTER:

Dated: March 12, 2015

_____
REBECCA R. PALLMEYER
United States District Judge